FILED
2017 Nov-14 AM 09:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CONSTANCE SCOTT, ) ) **Plaintiff** ) ) v. ) ) CITY OF HEFLIN, ALEX JACOBS ) BENEFIELD, and ERIC SCOTT ) WINSLETTT, ) ) **Defendants** ) | Case No.: 1:14-cv-02484-VEH |

## **MEMORANDUM OPINION**

On June 29, 2017, the magistrate judge entered a report and recommendation and allowed the parties therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No party filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the motion for summary judgment filed by defendants be granted and this action dismissed with prejudice.

The court will enter a separate order in conformity with this Memorandum Opinion.

**DONE** and **ORDERED** this 14th day of November, 2017.

_____
**VIRGINIA EMERSON HOPKINS**
UNITED STATES DISTRICT JUDGE